Form Number LR 3015-1 A (07/10)

# Chapter 13 Plan

Case No.: 15-40243-JJR13

Debtor(s): Alan S. Key  SS#: xxx-xx-9934  Net Monthly Earnings: $350.00

SS#: ___  Number of Dependents: ___

I. Plan Payments:

(☒) Debtor(s) proposes to pay a periodic payment of $350.00  ○weekly ○biweekly ○semi-monthly ●monthly into the plan; or

(☐) Payroll deduction order: To ___ for $ ___ ○weekly ○biweekly ○semi-monthly ○monthly.

Length of plan is 36 months, and the total debt to be paid through the plan is $12,600.00.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

B. Total Attorney Fee: $2240.00 ; $220.00 paid pre-petition; $00.00 to be paid at confirmation and $55.28 per month.

C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment to be Paid (check box) | Regular Payments to Begin: Month/Year | Arrears to be Paid by Trustee | Months Included in Arrearage Amt. | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| Wells Fargo Hm Mortgage | 35620.00 | ☑ by Trustee ☐ by Debtor  189.00 | 3/2015 | 1100 | 6 | 0.0 | 33.00 |
|  |  | ☐ by Trustee ☐ by Debtor |  |  |  |  |  |

2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed Fixed Payment | Fixed Payment to Begin: (Month/Year) |
|---|---|---|---|---|---|---|---|---|
| Alabama Cash | 0.00 | 1000.00 | 1000.00 | 00.00 | SATURN SC | 5.25 | 31.72 | 4/2015 |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

III. Other debts (**not shown in 1 or 2 above**) which Debtor(s) proposes to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |

IV. Special Provisions (check all applicable boxes):

☐ This is an original plan.
☑ This is an amended plan replacing plan dated April 17, 2015.
☑ This plan proposes to pay unsecured creditors 40.00 %. Approximately
☑ Other provisions: Grantor is leasor no acceptance required

Name/Address/Telephone/Attorney for Debtor(s):

T. Corey Colbert, Esq.
104 Northwood Drive, Ste B
Centre, AL 35960
/s/ T. Corey Colbert

Dated: April 29 2015

/s/ Alan S. Key
Signature of Debtor

Telephone #: 256-927-5377

Signature of Debtor